**0**    **2391**

NO OPINION
EVER ISSUED
BY THIS
    NUMBER